UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CLIFFORD MICHEL, GUERDA LOUIS, RALPH FREDERIC,** *Plaintiffs* | § § § § |
| | §  No. 1:21-CV-00681-DII |
| **v.** | § § |
| **WORKRISE TECHNOLOGIES INC., HCS RENEWABLE ENERGY LLC, ROBERT BURNS,** *Defendants* | § § § § § |

**ORDER**

Before the Court are Plaintiffs' Motion to Compel Discovery, Dkt. 48, and Motion to Compel ESI Discovery, Dkt. 49. The District Court referred the motions to the undersigned for disposition. Dkt. 52. After considering the parties' filings and arguments at the hearing on the motions, along with the applicable law, the Court, for the reasons stated on the record, makes the following rulings on the parties' remaining disputes.

The Court **GRANTS IN PART and DENIES IN PART** Plaintiffs' Motion to Compel Discovery, Dkt. 48, and **ORDERS** Defendants, by August 31, 2023, to respond to Plaintiffs' discovery requests as follows:

- Prior complaints and lawsuits (Interrogatory 3; Requests for Production (RFPs) 7-8): Limited to complaints and claims based on discrimination on the basis of race and/or national origin at Texas facilities from January 1, 2018, through present.

1

- Communications regarding terminations, promotions, or layoffs of African American, Black, Haitian, and/or Caribbean employees (RFP 13): Limited to Texas facilities from January 1, 2018, through present.

- Identities of employees with the title Module Installer, and identities of African American, Black, Haitian, and/or Caribbean employees (RFPs 11, 12): Limited to name, address, phone number, race and/or national origin of employees at Texas facilities from December 1, 2019, through August 31, 2020.

- Hiring guidelines and policies (RFPs 21-23): Limited to Texas facilities from January 1, 2018, through present.

The Court **DENIES** Plaintiffs' Motion to Compel ESI Discovery, Dkt. 49.

The referral of these motions to the undersigned should now be **CANCELED**.

SIGNED July 28, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE