IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLIFFORD MICHEL, GUERDA LOUIS, and RALPH FREDERIC,<br><br>Plaintiffs,<br><br>v.<br><br>WORKRISE TECHNOLOGIES INC., HCS RENEWABLE ENERGY LLC, and ROBERT BURNS,<br><br>Defendants. | § § § § § § § § § § § § § § | 1:21-CV-00681-DII |

# ORDER

On July 25, 2023, Defendants Workrise Technologies Inc. and HCS Renewable Energy LLC (collectively, "Defendants") filed a Motion to Withdraw and Substitute Counsel. (Dkt. 80). Any opposition to the motion to withdraw is past due. *See* W.D. Tex. Loc. R. CV-7(d). Although the Local Rules empower the Court to grant motions as unopposed when no response is timely filed, *id.*, this Court will not grant the motion to withdraw as unopposed at this time.

**IT IS ORDERED** that Plaintiffs and/or Defendant Robert Burns (1) shall show cause in writing on or before **August 9, 2023**, as to why the Court should not grant Defendants' motion to withdraw as unopposed or, alternatively, (2) shall file a response to Defendants' motion to withdraw on or before **August 9, 2023**.

**SIGNED** on August 2, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE