UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CLIFFORD MICHEL, GUERDA LOUIS, RALPH FREDERIC,** *Plaintiffs* § § § § | |
| | No. 1:21-CV-00681-DII |
| **v.** § § | |
| **WORKRISE TECHNOLOGIES INC., HCS RENEWABLE ENERGY LLC, ROBERT BURNS,** *Defendants* § § § § § | |

# ORDER

Before the Court is Defendants Workrise Technologies, Inc. and HCS Renewable Energy LLC's Motion to Withdraw and Substitute Counsel Attorney, Dkt. 80. The District Court referred the motion to the undersigned for disposition. After considering the parties' filings along with the applicable law, the Court grants Defendants' Motion for the reasons set forth below.

Defendants move to substitute attorneys Alana K. Ackels, Jay M. Wallace, and Brent D. Hockaday of the firm Bell Nunnally & Martin, LLP for attorneys David R. Anderson and Rachel Z. Ullrich of the firm Ford Harrison, LLP. Dkt. 80. Plaintiffs oppose the motion, arguing that new counsel have represented that they will require the Court to move key scheduling dates, including the deadline to file dispositive motions and trial date. Dkt. 88. They assert that new counsel would not agree to the requirement that the substitution of counsel not create any delay in the case, and therefore they oppose the motion. *Id.*

1

Defendants reply that they did not represent that they would move to continue key dates on the Scheduling Order, but reserved the right to do so if "Defendants' interests would be prejudiced by being denied full discovery before trial." Dkt. 90, at 3.

The undersigned finds Defendants' position on this matter is entirely reasonable, and new counsel is not required to agree to never move to amend the Scheduling Order to be allowed to substitute for prior counsel. This is especially true as discovery in this case is not complete.

The Court **GRANTS** Defendants Workrise Technologies, Inc. and HCS Renewable Energy LLC's Motion to Withdraw and Substitute Counsel Attorney, Dkt. 80. Attorneys David R. Anderson and Rachel Z. Ullrich of the firm Ford Harrison, LLP, are **REMOVED** as counsel of record for Defendants and attorneys Alana K. Ackels, Jay M. Wallace, and Brent D. Hockaday of the firm Bell Nunnally & Martin, LLP are **SUBSTITUTED** in their place. Lastly, the referral in this case is **CANCELED**.

SIGNED August 11, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE