# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CLIFFORD MICHEL, GUERDA LOUIS, RALPH FREDERIC, *Plaintiffs* § § § § | |
| | No. 1:21-CV-00681-ADA |
| v. § § | |
| WORKRISE TECHNOLOGIES INC., HCS RENEWABLE ENERGY LLC, ROBERT BURNS, *Defendants* § § § § § | |

# ORDER

Before the Court are Defendants' Opposed Motion for Confidentiality and Protective Order, Dkt. 92; Defendants' Motion to Quash Plaintiffs' Corporate Representative Deposition Notices, Dkt. 93; Defendants' Motion to Continue Discovery and Dispositive Motion Deadlines, Dkt. 94; and Defendants' Motion to Compel Discovery from Plaintiffs, Dkt. 97. The District Court referred the motions to the undersigned for disposition. The Court set the motions for a hearing to be held on October 5, 2023. Dkt. 108. Prior to the hearing, the Court ordered the parties to confer on the substance of the motions and to file a Joint Advisory informing the Court of the issues remaining after that conference. Dkt. 108. As noted in their Joint Advisory, the parties resolved several of the disputes set out in the motions. Dkt. 110. At the hearing, the Court heard argument on the remaining disputes, and, after considering the parties' filings, their arguments at the hearing, and the applicable law, the Court

1

announced its rulings on the remaining disputes along with the reasoning for those rulings. This order memorializes those rulings.

<u>Defendants' Opposed Motion for Confidentiality and Protective Order, Dkt. 92</u>: The Court **GRANTS** Defendants' motion for a protective order and will enter Defendants' proposed order separately.

<u>Defendants' Motion to Quash Plaintiffs' Corporate Representative Deposition Notices, Dkt. 93</u>: The Court **DENIES** Defendants' motion to quash.

<u>Defendants' Motion to Continue Discovery and Dispositive Motion Deadlines, Dkt. 94</u>: The Court **GRANTS** Defendants' motion to continue. As discussed at the hearing, discovery will be limited to (1) any discovery compelled to be produced pursuant to this order, (2) depositions that have already been noticed or conferred about, and (3) third-party discovery for which subpoenas have already issued. The Court **ORDERS** the parties to confer regarding the remaining dates to be scheduled in an amended scheduling order consistent with this ruling and to coordinate with Judge Albright's chambers for the entry of that order.

<u>Defendants' Motion to Compel Discovery from Plaintiffs, Dkt. 97</u>: The Court **GRANTS** Defendants' motion to compel as to the remaining disputes identified in the parties' Joint Advisory. In particular, the Court **ORDERS** Plaintiffs to produce documents responsive to the discovery requests identified in sections IV(5) and IV(7) of the Joint Advisory. Based on the discussion at the hearing, the dispute regarding Plaintiffs' failure to produce a privilege log (*see* section IV(6) of the Joint Advisory,

Dkt. 110) is **MOOT**. The Court **ORDERS** Plaintiffs to produce any responsive documents by October 26, 2023.

    SIGNED October 6, 2023.

                                                             DUSTIN M. HOWELL
                                                           UNITED STATES MAGISTRATE JUDGE