IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CLIFFORD MICHEL *et al.*,** § § § | Civil Action 1:21-cv-681 |
| *Plaintiffs,* § § | |
| vs. § § | |
| **WORKRISE TECHNOLOGIES INC. *et al.*,** § § | |
| *Defendants.* § § | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Defendants HCS Renewable Energy LLC and Workrise Technologies Inc. provide notice that counsel, Brent D. Hockaday, is no longer an attorney with Bell Nunnally & Martin LLP and withdrawing as counsel of record. Alana K. Ackels remains counsel for Defendant in this case and request the Court and Plaintiff's counsel please update their service list accordingly.

Dated:  March 13, 2024

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:  /s/Alana K. Ackels
Alana K. Ackels
State Bar No. 24066760
aackels@bellnunnally.com
Jay M. Wallace
Texas Bar No. 20769200
jwallace@bellnunnally.com
Joshua D. Fuller
State Bar No. 24091393
jfuller@bellnunnally.com
Danielle C. Vorbrodt
State Bar No. 24120742
dvorbrodt@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1400
Fax (214) 740-1499

**COUNSEL FOR DEFENDANTS WORKRISE TECHNOLOGIES INC. AND HCS RENEWABLE ENERGY LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, a true and correct copy of the Notice of Withdrawal of Counsel was served by and through CM/ECF on all known counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Alana K. Ackels
Alana K. Ackels