UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CLIFFORD MICHEL, GUERDA LOUIS, RALPH FREDERIC, *Plaintiffs* § § § § | |
| § | No. 1:21-CV-00681-DH |
| v. § § | |
| WORKRISE TECHNOLOGIES INC., HCS RENEWABLE ENERGY LLC, ROBERT BURNS, *Defendants* § § § § § | |

## FINAL JUDGMENT

On June 11, 2024, the Court granted Defendants' motion for summary judgment, dismissing Plaintiffs' claims with prejudice. Dkt. 187. The only Defendant to not file a motion for summary judgment, Robert Burns, has already been dismissed from this case. Dkt. 36. As the summary-judgment order finally disposes of all remaining parties and claims, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** June 20, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1